(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court | Voluntary Petition |
|---|---|---|
| | _NORTHERN_  District of _ILLINOIS_ | |

| Name of Debtor  (if individual, enter Last, First, Middle): | Name of Joint Debtor  (Spouse)(Last, First, Middle): |
|---|---|
| _Akre, Andrew_ | _Akre, Lisa_ |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| _NONE_ | _fka Lisa Musial_ |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all) _7099_ | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all) |
|---|---|
| Street Address of Debtor   (No. & Street, City, State & Zip Code): _20510 Burnham_ _Lynwood IL  60411_ | Street Address of Joint Debtor   (No. & Street, City, State & Zip Code): _20510 Burnham_ _Lynwood IL  60411_ |
| County of Residence or of the Principal Place of Business:   _Cook_ | County of Residence or of the Principal Place of Business:   _Cook_ |
| Mailing Address of Debtor   (if different from street address): _SAME_ | Mailing Address of Joint Debtor   (if different from street address): _SAME_ |

| Location of Principal Assets of Business Debtor (if different from street address above):  _NOT APPLICABLE_ |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**   (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed**    (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☐ Chapter 7      ☐ Chapter 11      ☒ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9      ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts**   (Check one box) | **Filing Fee**  (Check one box) |
|---|---|
| ☒ Consumer/Non-Business    ☐ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business**   (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information**       (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors. | |
| ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Assets

| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
*Andrew Akre and*
*Lisa M. Akre*

**FORM B1, Page 2**

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: *00-08042* | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Andrew Akre*
Signature of Debtor

**X** */s/ Lisa M. Akre*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

*10/7/2005*
Date

### Signature of Attorney

**X** */s/ Beth A. Lehman*
Signature of Attorney for Debtor(s)

*Beth A. Lehman 1610465*
Printed Name of Attorney for Debtor(s)

*Lehman and Fox*
Firm Name

*6 East Monroe*
Address

*Suite 1004*

*Chicago IL  60603*

*312.332.4499*        *10/7/2005*
Telephone Number                Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Beth A. Lehman*        *10/7/2005*
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re   *Andrew Akre*
    *and*
    *Lisa M. Akre*
    *fka Lisa Musial*

Case No.
Chapter  *13*

_____ / Debtor

Attorney for Debtor:   *Beth A. Lehman*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*2,700.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*500.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____*2,200.00*

3. $ _____*194.00*_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
       *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
       *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
       *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
       *None*

Dated: *10/7/2005*                              Respectfully submitted,


                     X */s/ Beth A. Lehman* _____
Attorney for Petitioner: *Beth A. Lehman*
                         *Lehman and Fox*
                         *6 East Monroe*
                         *Suite 1004*
                         *Chicago IL  60603*

FORM B6A (6/90) West Group, Rochester, NY

In re <u>__Andrew Akre and Lisa M. Akre_____</u>/ Debtor     Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | | **TOTAL $** | *0.00* |

No continuation sheets attached

**TOTAL $**
(Report also on Summary of Schedules.)

In re _Andrew Akre and Lisa M. Akre_ _____ / Debtor    Case No. _____

<span style="text-align:right">(if known)</span>

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases. If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _checking account First Midwest_ _Location: In debtor's possession_ | J | $ 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | _security deposit_ _Location: In debtor's possession_ | J | $ 625.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | _furniture_ _Location: In debtor's possession_ | J | $ 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | _clothing_ _Location: In debtor's possession_ | J | $ 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | _pension_ _Location: In debtor's possession_ | J | $ 3,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

In re _Andrew Akre and Lisa M. Akre_ _____ / Debtor        Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _auto 01 Mazda Tribute_ _Location: In debtor's possession_ | J | $ 8,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

In re **_Andrew Akre and Lisa M. Akre_** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➤ | $ 13,875.00 |

Page __3__ of __3__

**(Report total also on Summary of Schedules.)**
**Include amounts from any continuation sheets attached.**

FORM B6C (6/90) West Group, Rochester, NY

In re _Andrew Akre and Lisa M. Akre_ _____ / Debtor   Case No. _____

(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| furniture | 735 ILCS 5/12-1001(b) | $ 2,000.00 | $ 2,000.00 |
| clothing | 735 ILCS 5/12-1001(a) | $ 200.00 | $ 200.00 |
| pension | 735 ILCS 5/12-1006 | $ 3,000.00 | $ 3,000.00 |
| auto | 735 ILCS 5/12-1001(c) | $ 0.00 | $ 8,000.00 |

FORM B6D (12/03) West Group, Rochester, NY

In re _Andrew Akre and Lisa M. Akre_ _____ / Debtor      Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: _0001_ <br><br> _Creditor # : 1_ <br> _First Investors Financial Serv_ <br> _PO Box 740512_ <br> _Atlanta GA 30374-0512_ | J | _02_ <br> _Car lien_ <br><br><br> Value: _$ 8,000.00_ | | | | $ 21,338.00 | $ 13,338.00 |
| Account No: | | <br><br><br> Value: | | | | | |
| Account No: | | <br><br><br> Value: | | | | | |
| Account No: | | <br><br><br> Value: | | | | | |

| | | |
|---|---|---|
| No continuation sheets attached | Subtotal $ <br> (Total of this page) | _21,338.00_ |
| | Total $ <br> (Use only on last page. Report total also on Summary of Schedules) | _21,338.00_ |

FORM B6E (4/04) West Group, Rochester, NY

In re _Andrew Akre and Lisa M. Akre_____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re _Andrew Akre and Lisa M. Akre_____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:    0923 | J | | Medical bill | | | | $ 300.00 |
| Creditor # : 1 Advocate South Suburban Hospit 22091 Network Place Chicago IL 60673 | | | | | | | |
| Account No:    96-7 | J | | Medical bill | | | | $ 77.00 |
| Creditor # : 2 Advocate South Suburban Hospit 17800 Kedzie Ave Hazel crest  IL 60429 | | | | | | | |
| Account No:    91-5 | J | | Medical bill | | | | $ 34.00 |
| Creditor # : 3 Advocate South Suburban Hospit 17800 Kedzie Ave Hazel crest  IL 60429 | | | | | | | |
| Account No:    6841 | J | | Other | | | | $ 21.00 |
| Creditor # : 4 American Medical Collection 2269 S. Saw Mill River Rd Lynwood IL 60411 | | | | | | | |

_8_ continuation sheets attached

Subtotal $    432.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  _Andrew Akre and Lisa M. Akre_ _____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:   1523 | J | | | | | | $ 408.00 |
| Creditor # : 5 Anderson Financial Network PO Box 3427 Bloomington IL  61702 | | Other | | | | | |
| Account No:   3527 | J | | | | | | $ 468.00 |
| Creditor # : 6 Arrow Financial 5996 W. Touhy Ave Niles  IL 60714 | | COllection | | | | | |
| Account No:   6115 | J | | | | | | $ 20.00 |
| Creditor # : 7 Associated St James Radiology PO Box 3597 Springfield IL 62708 | | Medical bill | | | | | |
| Account No:   4950 | J | | | | | | $ 619.00 |
| Creditor # : 8 Calvary Portfolio 4050  E Cotton Pheoenix AZ 85040 | | Credit Card Purchases | | | | | |
| Account No:   2110 | J | | | | | | $ 738.00 |
| Creditor # : 9 Capital One 4851 Cox Rd #12038-0460 Glen Allen  VA 23060 | | Credit Card Purchases | | | | | |
| Account No:   5633 | J | | | | | | $ 529.00 |
| Creditor # : 10 Capital One PO Box 85522 Richmond VA 23285-5015 | | Credit Card Purchases | | | | | |

Sheet No.   _1_  of   _8_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            2,782.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  <u>Andrew Akre and Lisa M. Akre</u>                              / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:   5401<br>Creditor # : 11<br>Carson Pirie Scott<br>PO Box 5000<br>Hammond  IN  46325-5000 | J | | Credit Card Purchases | | | | $ 1,501.00 |
| Account No:   9631<br>Creditor # : 12<br>Child Life<br>PO Box 3545<br>Munster IN  46321 | J | | Medical bill | | | | $ 121.00 |
| Account No:   7625<br>Creditor # : 13<br>Citibank CBSD NA<br>POB 6421<br>Sioux Falls SD 57117-6241 | J | | Credit Card Purchases | | | | $ 3,370.00 |
| Account No:   1160<br>Creditor # : 14<br>Citibank Mastercharge<br>POB 6000<br>The Lakes NV 89163-6000 | J | | Credit Card Purchases | | | | $ 87.00 |
| Account No:   2040<br>Creditor # : 15<br>Citibank Student Loan division<br>PO Box 6094<br>Suioux Falls SD 57117-5147 | J | | Credit Card Purchases | | | | $ 3,177.00 |
| Account No:   2401<br>Creditor # : 16<br>Collection Prof Inc.<br>PO Box 841<br>Joliet  IL 60434 | J | | Other | | | | $ 169.00 |

Sheet No.  _2_ of  _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          8,425.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Andrew Akre and Lisa M. Akre_____ / Debtor     Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 5528 | J | | | | | | $ 123.00 |
| Creditor # : 17 Community Healthcare System PO Box 3602 Munster IN 46321 | | Medical bill | | | | | |
| Account No: 8584 | J | | | | | | $ 243.00 |
| Creditor # : 18 Community Healthcare System PO Box 3602 Minister IN 46321 | | Medical bill | | | | | |
| Account No: 3866 | J | | | | | | $ 330.00 |
| Creditor # : 19 Credit Protections Ass. 1355 Noel Rd Suite 2100 Dallas TX 75240 | | Credit Card Purchases | | | | | |
| Account No: 1523 | J | | | | | | $ 544.00 |
| Creditor # : 20 Credit Protections Ass. 1355 Noel Rd Suite 2100 Dallas TX 75240 | | Credit Card Purchases | | | | | |
| Account No: 9933 | J | | | | | | $ 53.00 |
| Creditor # : 21 Dependon Collection Services 7627 Lake St River Forest IL 60304 | | Medical bill | | | | | |
| Account No: 0052 | J | | | | | | $ 154.00 |
| Creditor # : 22 Dr. Gary L. Nordbrock D.C. C/O Thomas E. Jolas, P.C. 202 First St. N.W. Mason city Iowa 50401 | | Medical bill | | | | | |

Sheet No. __3__ of __8__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     1,447.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Andrew Akre and Lisa M. Akre_____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  6163<br><br>Creditor # : 23<br>Emergency Care Health Organiza<br>555 W. Court St, Suite 410<br>Kankakee IL 60901 | J | Medical bill | | | | $ 21.00 |
| Account No:  7269<br><br>Creditor # : 24<br>GEMB/JCP<br>PO Box 981400<br>El Paso  TX 79998 | J | COllection | | | | $ 427.00 |
| Account No:  5367<br><br>Creditor # : 25<br>Il Collection Service Inc.<br>3101 W. 95th Street<br>Evergreen Park IL 60805 | J | COllection | | | | $ 81.00 |
| Account No:<br><br>Creditor # : 26<br>Kircher Vision Group<br>2156 W. 183rd St<br>Homewood IL 60430 | J | Medical bill | | | | $ 126.00 |
| Account No:  9430<br><br>Creditor # : 27<br>Med 102 Wellgroup Health Partn<br>C/O CBUSA Inc<br>PO Box 8000<br>Hammond  IN  46325-5000 | J | Medical bill | | | | $ 69.00 |
| Account No:  0001<br><br>Creditor # : 28<br>Med 1st James Anesthesia<br>C/O CBUSA<br>PO BOx 85522<br>Richmond VA 46325-5000 | J | Medical bill | | | | $ 60.00 |

Sheet No.  4  of  8  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  (Total of this page)    784.00

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  Andrew Akre and Lisa M. Akre _____ / Debtor          Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **0260**<br>*Creditor # : 29*<br>*Medical Collection Systems*<br>*725 S. Wells, Suite 500*<br>*Chicago IL 60607* | J | *Medical bill* | | | | $ 153.00 |
| Account No: **1793**<br>*Creditor # : 30*<br>*Medical Oral Surgery*<br>*Richard J. Daley Center*<br>*Cook County 1st Municipal*<br>*Chicago IL 60602* | J | *Medical bill* | | | | $ 227.00 |
| Account No: **6690**<br>*Creditor # : 31*<br>*Midland Credit Management*<br>*8875 Aero Dr ste 2*<br>*San Diego CA 92193* | J | *COllection* | | | | $ 930.00 |
| Account No: **4901**<br>*Creditor # : 32*<br>*Midwest Neoped Ass*<br>*PO BOx 2686*<br>*Carol Stream IL 60132-0502* | J | *Medical bill* | | | | $ 400.00 |
| Account No: **0813**<br>*Creditor # : 33*<br>*Mutual Hospital Services*<br>*2525 N Shadeland Ave*<br>*Indianapolis IN  48219* | J | *Medical bill* | | | | $ 226.00 |
| Account No: **0462**<br>*Creditor # : 34*<br>*NCO Financial*<br>*PO Box 41417*<br>*Philadelphia PA 19101* | J | *COllection* | | | | $ 1,495.00 |

Sheet No. __5__ of __8__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      3,431.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Andrew Akre and Lisa M. Akre_____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0629 | | J | | | | | $ 379.00 |
| Creditor # : 35 NICOR 1844 Ferry Road Naperville IL 60563 | | | Utilities | | | | |
| Account No:   5822 | | J | | | | | $ 98.00 |
| Creditor # : 36 Patients First PO BOx 869359 Pano  Tx  75086 | | | Medical bill | | | | |
| Account No:   2801 | | J | | | | | $ 234.00 |
| Creditor # : 37 Personal Finance PO Box 615 Morris  IL 60450 | | | COllection | | | | |
| Account No:   8093 | | J | | | | | $ 145.00 |
| Creditor # : 38 Quest Diagnostics Incorporated POB  64804 Baltimore MD 21264-4804 | | | Medical bill | | | | |
| Account No:   2039 | | J | | | | | $ 20.00 |
| Creditor # : 39 Radiology Center PO Box 3837 Springfield IL 62708 | | | Medical bill | | | | |
| Account No:   1056 | | J | | | | | $ 2,572.00 |
| Creditor # : 40 Sallie Mae 1002 Arthur Drive lynn Haven  FL 32444 | | | Credit Card Purchases | | | | |

Sheet No.   6  of   8  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       3,448.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Andrew Akre and Lisa M. Akre_ _____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:   *1046* | J | | Credit Card Purchases | | | | $ 2,038.00 |
| *Creditor # : 41*<br>*Sallie Mae*<br>*1002 Arthur Dr. Lynn*<br>*Haven  FL 32444* | | | | | | | |
| Account No:   *1036* | J | | Credit Card Purchases | | | | $ 1,313.00 |
| *Creditor # : 42*<br>*Sallie Mae*<br>*1002 Arthur Drive lynn*<br>*Haven  FL 32444* | | | | | | | |
| Account No:   *105F* | J | | Credit Card Purchases | | | | $ 2,572.00 |
| *Creditor # : 43*<br>*Sm Servicing*<br>*PO Box 9500*<br>*Wilkes Barre PA 18773-4600* | | | | | | | |
| Account No:   *103F* | J | | Credit Card Purchases | | | | $ 1,313.00 |
| *Creditor # : 44*<br>*Sm Servicing*<br>*PO Box 9500*<br>*Wilkes Barre PA 18773-4600* | | | | | | | |
| Account No:   *1705* | J | | Medical bill | | | | $ 312.00 |
| *Creditor # : 45*<br>*Southwest Womans Healthcare as*<br>*PO Box 280*<br>*Chicago IL 60411* | | | | | | | |
| Account No:   *1303* | J | | Medical bill | | | | $ 97.00 |
| *Creditor # : 46*<br>*SSH Anesthesia*<br>*PO  Box 631*<br>*Lake Forest  IL 60045* | | | | | | | |

Sheet No. _7_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     7,645.00
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  *Andrew Akre and Lisa M. Akre* _____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  *3563* <br><br>*Creditor # : 47* <br>*St James Hospital* <br>*C/O Mutual Hospital Collection* <br>*2525 N. Shadeland, Ste 101* <br>*Indianapolis IN  3563* | J | *Medical bill* | | | | $ 1,940.00 |
| Account No:  *0101* <br><br>*Creditor # : 48* <br>*Sullivan Urgent Aid Center* <br>*PO Box 87844* <br>*Carol Stream IL 60188-1821* | J | *Medical bill* | | | | $ 93.00 |
| Account No: <br><br>*Creditor # : 49* <br>*Utermark & Sons* <br>*PO Box 1685* <br>*Homewood IL 60430* | J | *Other* | | | | $ 203.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No.  *8*  of  *8*  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  *2,236.00*
(Total of this page)

Total $  *30,630.00*
(Report total also on Summary of Schedules)

FORM B6G (10/89) West Group, Rochester, NY

In re **_Andrew Akre and Lisa M. Akre_** _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Jeff McGraw_ | Contract Type:_**Residential lease**_<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description:<br><br>Buyout Option: |

In re *Andrew Akre and Lisa M. Akre* _____ / Debtor    Case No. _____
(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

In re _Andrew Akre and Lisa M. Akre_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: _Married_ | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP _daughter_ _daughter_ | AGE _2_ _11 mos_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _plumber_ | _stock clerk_ |
| Name of Employer | _Kara Plumbing_ | _Casual Corner_ |
| How Long Employed | _5 mos_ | _1 mo_ |
| Address of Employer | _123 Center Rd_ _Frankfort IL  600004_ | _256 Lincoln Mall_ _Matteson IL  60443_ |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 4,463.33 | $ 0.00 |
| Estimated Monthly Overtime | $ | 0.00 | $ 0.00 |
| SUBTOTAL | $ | 4,463.33 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll Taxes and Social Security | $ | 1,157.00 | $ 0.00 |
| b. Insurance | $ | 0.00 | $ 0.00 |
| c. Union Dues | $ | 0.00 | $ 0.00 |
| d. Other  (Specify): | $ | 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,157.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,306.33 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ 0.00 |
| Income from Real Property | $ | 0.00 | $ 0.00 |
| Interest and dividends | $ | 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ 0.00 |
| Social Security or other government assistance | | | |
| Specify: _unemployment compensation_ | $ | 365.00 | $ 0.00 |
| Pension or retirement income | $ | 0.00 | $ 0.00 |
| Other monthly income | | | |
| Specify: | $ | 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ | 3,671.33 | $ 0.00 |
| TOTAL COMBINED MONTHLY INCOME    $ | 3,671.33 | | |
| (Report also on Summary of Schedules) | | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re _Andrew Akre and Lisa M. Akre_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 650.00 |
| Are real estate taxes included?  Yes ☐  No ☒ | |
| Is property insurance included?  Yes ☐  No ☒ | |
| Utilities: Electricity and heating fuel | $ 350.00 |
|     Water and sewer | $ 0.00 |
|     Telephone | $ 80.00 |
|     Other  _cell phone_ | $ 20.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 0.00 |
| Food | $ 450.00 |
| Clothing | $ 200.00 |
| Laundry and dry cleaning | $ 100.00 |
| Medical and dental expenses | $ 100.00 |
| Transportation (not including car payments) | $ 350.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 600.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 23.00 |
|     Life | $ 103.00 |
|     Health | $ 0.00 |
|     Auto | $ 70.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: | $ 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 0.00 |
|     Other: | $ 0.00 |
|     Other: | $ 0.00 |
|     Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other:  _personal grooming_ | $ 80.00 |
| Other:  _oil changes_ | $ 13.00 |
| Other:  _additional union dues_ | $ 32.00 |
| TOTAL MONTHLY EXPENSES   (Report also on Summary of Schedules) | $ 3,271.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ 3,671.00 |
| B. Total projected monthly expenses | $ 3,271.00 |
| C. Excess Income (A minus B) | $ 400.00 |
| D. Total amount to be paid into plan each:  _Weekly_ | $ 92.31 |

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Andrew Akre and Lisa M. Akre*

Case No.

Chapter *13*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $     13,875.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $     21,338.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *1* | | $          0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *9* | | $     30,630.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      3,671.33 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      3,271.00 |
| Total Number of Sheets in All Schedules ▶ | | *20* | | | |
| Total Assets ▶ | | | $     13,875.00 | | |
| Total Liabilities ▶ | | | | $     51,968.00 | |

In re **Andrew Akre and Lisa M. Akre** _____ / Debtor   Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___21___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: **10/7/2005** _____   Signature **/s/ Andrew Akre** _____
**Andrew Akre**

Date: **10/7/2005** _____   Signature **/s/ Lisa M. Akre** _____
**Lisa M. Akre**

Form 7 (12/03)  West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Andrew Akre*
*and*
*Lisa M. Akre*
*fka Lisa Musial*

Case No.

Chapter  *13*

_____/ Debtor

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

 AMOUNT                                      SOURCE (if more than one)

*Year to date:10440*                        *wages*
  *Last Year:53582*
*Year before:*

## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Citibank* <br> *Address:* | *2-4/05* | *Description:wages* <br> *Value:135/twice a month* |

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Beth A. Lehman* <br> *Address:* <br> *6 East Monroe* <br> *Suite 1004* <br> *Chicago, IL 60603* | *Date of Payment:* <br> *Payor: Andrew Akre* | *$500.00* |

## 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

## 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

☒ NONE

## 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities in the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

☒ NONE

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _10/7/2005_____     Signature _/s/ Andrew Akre_____
                                              Andrew Akre

Date _10/7/2005_____     Signature _/s/ Lisa M. Akre_____
                                              Lisa M. Akre

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Andrew Akre*
    *and*
    *Lisa M. Akre*
    *fka Lisa Musial*

Case No.

Chapter  *13*

_____ / Debtor

Attorney for Debtor:  **Beth A. Lehman**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *10/7/2005*
                                                */s/ Andrew Akre*
                                                Debtor

                                              */s/ Lisa M. Akre*
                                                Joint Debtor

Advocate South Suburban Hospit
Acct#: 0923
22091 Network Place
Chicago, IL  60673

Advocate South Suburban Hospit
Acct#: 96-7
17800 Kedzie Ave
Hazel crest , IL  60429

Advocate South Suburban Hospit
Acct#: 91-5
17800 Kedzie Ave
Hazel crest , IL  60429

American Medical Collection
Acct#: 6841
2269 S. Saw Mill River Rd
Lynwood, IL  60411

Anderson Financial Network
Acct#: 1523
PO Box 3427
Bloomington, IL  61702

Arrow Financial
Acct#: 3527
5996 W. Touhy Ave
Niles , IL  60714

Associated St James Radiology
Acct#: 6115
PO Box 3597
Springfield, IL  62708

Calvary Portfolio
Acct#: 4950
4050  E Cotton
Pheoenix, AZ  85040

Capital One
Acct#: 2110
4851 Cox Rd #12038-0460
Glen Allen , VA  23060

Capital One
Acct#: 5633
PO Box 85522
Richmond, VA  23285-5015

Carson Pirie Scott
Acct#: 5401
PO Box 5000
Hammond , IN  46325-5000

Child Life
Acct#: 9631
PO Box 3545
Munster, IN  46321

Citibank USA NA
Acct#: 7625
POB 6421
Sioux Falls, SD  57117-6241

Citibank Mastercharge
Acct#: 1160
POB 6000
The Lakes, NV  89163-6000

Citibank Student Loan division
Acct#: 2040
PO Box 6094
Suioux Falls, SD  57117-5147

Collection Prof Inc.
Acct#: 2401
PO Box 841
Joliet , IL  60434

Community Healthcare System
Acct#: 5528
PO Box 3602
Munster, IN   46321

Community Healthcare System
Acct#: 8584
PO Box 3602
Minister , IN   46321

Credit Protections Ass.
Acct#: 3866
1355 Noel Rd Suite 2100
Dallas, TX  75240

Credit Protections Ass.
Acct#: 1523
1355 Noel Rd Suite 2100
Dallas, TX  75240

Dependon Collection Services
Acct#: 9933
7627 Lake St
River Forest, IL  60304

Dr. Gary L. Nordbrock D.C.
Acct#: 0052
C/O Thomas E. Jolas, P.C.
202 First St. N.W.
Mason city , Iowa  50401

Emergency Care Health Organiza
Acct#: 6163
555 W. Court St, Suite 410
Kankakee, IL  60901

First Investors Financial Serv
Acct#: 0001
PO Box 740512
Atlanta, GA  30374-0512

GEMB/JCP
Acct#: 7269
PO Box 981400
El Paso , TX  79998

Il Collection Service Inc.
Acct#: 5367
3101 W. 95th Street
Evergreen Park, IL  60805

Kircher Vision Group
2156 W. 183rd St
Homewood, IL  60430

Med 102 Wellgroup Health Partn
Acct#: 9430
C/O CBUSA Inc
PO Box 8000
Hammond , IN  46325-5000

Med 1st James Anesthesia
Acct#: 0001
C/O CBUSA
PO BOx 85522
Richmond, VA  46325-5000

Medical Collection Systems
Acct#: 0260
725 S. Wells, Suite 500
Chicago, IL  60607

Medical Oral Surgery
Acct#: 1793
Richard J. Daley Center
Cook County 1st Municipal
Chicago, IL  60602

Midland Credit Management
Acct#: 6690
8875 Aero Dr ste 2
San Diego, CA  92193

Midwest Neoped Ass
Acct#: 4901
PO BOx 2686
Carol Stream, IL  60132-0502

Mutual Hospital Services
Acct#: 0813
2525 N Shadeland Ave
Indianapolis, IN  48219

NCO Financial
Acct#: 0462
PO Box 41417
Philadelphia, PA  19101

NICOR
Acct#: 0629
1844 Ferry Road
Naperville, IL  60563

Patient First
Acct#: 5822
PO BOx 869359
Pano , Tx   75086

Personal Finance
Acct#: 2801
PO Box 615
Morris , IL  60450

Quest Diagnostics Incorporated
Acct#: 8093
POB  64804
Baltimore, MD  21264-4804

Radiology Center
Acct#: 2039
PO Box 3837
Springfield, IL  62708

Sallie Mae
Acct#: 1056
1002 Arthur Drive lynn
Haven , FL  32444

Sallie Mae
Acct#: 1046
1002 Arthur Dr. Lynn
Haven , FL  32444

Sallie Mae
Acct#: 1036
1002 Arthur Drive lynn
Haven , FL  32444

Sm Servicing
Acct#: 105F
PO Box 9500
Wilkes Barre, PA  18773-4600

Sm Servicing
Acct#: 103F
PO Box 9500
Wilkes Barre, PA  18773-4600

Southwest Womans Healthcare as
Acct#: 1705
PO Box 280
Chicago, IL  60411

SSH Anesthesia
Acct#: 1303
PO  Box 631
Lake Forest , IL  60045

St James Hospital
Acct#: 3563
C/O Mutual Hospital Collection
2525 N. Shadeland, Ste 101
Indianapolis, IN  3563

Sullivan Urgent Air Center
Acct#: 0101
PO Box 87844
Carol Stream, IL  60188-1821

Utermark & Sons
PO Box 1685
Homewood, IL  60430