```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 48247
   ANDREW L AKRE
   LISA M AKRE                               CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7099     SSN XXX-XX-5759

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/11/2005 and was confirmed 12/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 03/17/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
PERSONAL FINANCE COMPANY  UNSECURED           246.55            .00            .00
CAPITAL ONE               UNSECURED           652.49            .00            .00
AT & T WIRELESS           UNSECURED           619.32            .00            .00
FIRST INVESTORS FINANCIA  SECURED            8000.00         926.45        4236.52
FIRST INVESTORS FINANCIA  UNSECURED          9407.74            .00            .00
ADVOCATE SO SUBURBAN HOP  UNSECURED         NOT FILED           .00            .00
ADVOCATE SOUTH SUBURB HO  UNSECURED         NOT FILED           .00            .00
SOUTH SUBURBAN HOSPITAL   UNSECURED         NOT FILED           .00            .00
AMERICAN MEDICAL COLLECT  UNSECURED         NOT FILED           .00            .00
AND FIN NET               UNSECURED         NOT FILED           .00            .00
ARROW FINANCIAL SERVICES  UNSECURED           560.31            .00            .00
ASSOC ST JAMES RADIOLOGI  UNSECURED         NOT FILED           .00            .00
ASSET ACCEPTANCE          UNSECURED           477.66            .00            .00
CARSON PIRIE SCOTT        UNSECURED         NOT FILED           .00            .00
CHILD LIFE                UNSECURED         NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          3177.10            .00            .00
B-LINE LLC                UNSECURED          1451.93            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          3370.27            .00            .00
CPI/JOLIET                UNSECURED         NOT FILED           .00            .00
COMMUNITY HOSPITAL ER     UNSECURED           123.80            .00            .00
COMMUNITY HOSPITAL PATIE  UNSECURED           370.55            .00            .00
CREDIT PROTECTION         UNSECURED         NOT FILED           .00            .00
CREDIT PROTECTION         UNSECURED         NOT FILED           .00            .00
DEPENDON COLLECTION SE    UNSECURED         NOT FILED           .00            .00
THOMAS JOLAS PC           UNSECURED         NOT FILED           .00            .00
EMERGENCY CARE HEALTH  O  UNSECURED         NOT FILED           .00            .00
ARROW FINANCIAL SERVICES  UNSECURED           411.35            .00            .00
ICS INC                   UNSECURED         NOT FILED           .00            .00
KIRSCHNER VISION GROUP    UNSECURED         NOT FILED           .00            .00
CB USA INC                UNSECURED         NOT FILED           .00            .00
MED 1ST JAMES ANESTHESIA  UNSECURED         NOT FILED           .00            .00
MEDICAL COLLECTIONS SYS   UNSECURED         NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 48247 ANDREW L AKRE & LISA M AKRE
```

```
RICHARD J DALEY CENTER      UNSECURED        NOT FILED              .00              .00
MIDLAND CREDIT MANAGEMEN    UNSECURED           930.49              .00              .00
MIDWEST NEOPED ASSOCIATE    UNSECURED        NOT FILED              .00              .00
MUTUAL HSP SRV              UNSECURED        NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS IN    UNSECURED        NOT FILED              .00              .00
NICOR GAS                   UNSECURED           261.66              .00              .00
PATIENTS 1ST ER MEDICAL     UNSECURED           124.59              .00              .00
QUEST DIAGNOSTICS           UNSECURED        NOT FILED              .00              .00
RADIOLOGY CENTER SC         UNSECURED        NOT FILED              .00              .00
SALLIE MAE TRUST            UNSECURED          2520.10              .00              .00
SALLIE MAE LSCF             UNSECURED        NOT FILED              .00              .00
SALLIE MAE LSCF             UNSECURED        NOT FILED              .00              .00
SM SERVICING                UNSECURED        NOT FILED              .00              .00
SM SERVICING                UNSECURED        NOT FILED              .00              .00
SOUTHWEST WOMENS HEALTHC    UNSECURED        NOT FILED              .00              .00
SSH ANESTHESIA              UNSECURED        NOT FILED              .00              .00
MUTUAL HOSPITAL             UNSECURED          2930.48              .00              .00
SULLIVAN URGENT AID         UNSECURED        NOT FILED              .00              .00
UTERMARK & SONS             UNSECURED        NOT FILED              .00              .00
ISAC                        UNSECURED          3435.26              .00              .00
LEHMAN & FOX                DEBTOR ATTY      2,200.00                          2,200.00
TOM VAUGHN                  TRUSTEE                                               427.03
DEBTOR REFUND               REFUND                                                   .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                7,790.00

PRIORITY                                               .00
SECURED                                           4,236.52
     INTEREST                                       926.45
UNSECURED                                              .00
ADMINISTRATIVE                                    2,200.00
TRUSTEE COMPENSATION                                427.03
DEBTOR REFUND                                          .00
                      ---------------      ---------------
TOTALS                 7,790.00                   7,790.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE